**CHANNEL MASTER CORPORATION, Plaintiff-Appellant,**

v.

**VIDEO TELEVISION, Inc., Defendant-Appellee.**

No. 75, Docket 22815.

United States Court of Appeals Second Circuit.

Argued Dec. 17, 1953.

Decided Dec. 30, 1953.

Armand E. Lackenbach, New York City, for plaintiff-appellant.

No appearance for defendant-appellee.

Before CLARK, FRANK, and HINCKS, Circuit Judges.

**PER CURIAM.**

The judgment is affirmed on the opinion of District Judge Inch, 117 F.Supp. 812.